IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS L. EASH,** | : | Civil No. 1:19-cv-141 |
| **Plaintiff,** | : | |
| v. | : | |
| **COUNTY OF YORK, PENNSYLVANIA, et. al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **ORDER**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the Defendants' motion to dismiss the amended complaint (Doc. 9-1) is **GRANTED** insofar as the Court (1) dismisses with prejudice the Fourth Amendment claim as asserted against Bixler; (2) dismisses without prejudice the defamation claim as asserted against Stroud; and (3) dismisses without prejudice the invasion of privacy claim as asserted against Bixler. Within 21 days of the issuance of this Order, Eash may amend his complaint with respect to those claims that are dismissed without prejudice.

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: March 30, 2020