IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS L. EASH** | : | **Civil No. 1:19-CV-141** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COUNTY OF YORK,** | : | |
| **PENNSYLVANIA, et al.,** | : | **Judge Sylvia H. Rambo** |
| | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 30th day of March, 2022, upon consideration of the motion for summary judgment filed by Defendant County of York, Pennsylvania and Individual Defendants Kristy Bixler, Kimberly Rinker, and Ashli Stroud (Doc. 37), **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED.** Plaintiff's remaining claims are **DISMISSED** with prejudice.

The clerk of court is directed to close this case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge